No. 03–6868. VILAN-POLIER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–6869. WOODS, AKA BARNES v. UNITED STATES; and
No. 03–6963. GARCIA, AKA BENNETT v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 335 F. 3d 993.

No. 03–6870. CARBIN v. JOHNSON, SECRETARY OF THE NAVY, ET AL. C. A. 5th Cir. Certiorari denied.

No. 03–6872. CASILLAS v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 03–6874. PENDERGRASS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–6877. RAMOS-QUIROZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–6878. SHADWELL v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 03–6881. DRUMMOND v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–6885. LECLAIR v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 03–6886. MARTINEZ-SANCHEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–6893. PATTERSON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–6897. MILLER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 03–6898. MUNOZ v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 03–6899. MICKELSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 03–6903. CHALMERS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.